UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA,<br><br>        Plaintiff,<br><br>    v.<br><br>A. HEDGPETH,<br><br>        Defendant.<br>                                          / | No. C 12-4858 SI (pr)<br><br>**ORDER FOR SERVICE OF FIRST AMENDED COMPLAINT ON DEFENDANT DICKERSON** |

The court earlier determined that the first amended complaint, liberally construed, states cognizable § 1983 claims against defendant John Doe and others for violating plaintiff's Fourteenth Amendment right to equal protection and his Eighth Amendment right to outdoor exercise. Docket # 17. The court ordered plaintiff to provide a true name for John Doe by November 15, 2013. Plaintiff timely filed a notice that the true name for John Doe is Kathleen Dickerson, the Director of the California Department of Corrections and Rehabilitation. (Docket # 20.) Accordingly,

       1.     Kathleen Dickerson is now substituted in to this action as a defendant in place of the John Doe defendant.

       2.     The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the first amended complaint and a copy of all the documents in the case file upon Kathleen Dickerson at the California Department of Corrections and Rehabilitation in Sacramento, California.

3. The briefing schedule in the order filed September 25, 2013 is now vacated and replaced with this new briefing schedule for dispositive motions so that all defendants will be on the same briefing schedule: Defendants must file and serve their dispositive motion no later than **January 17, 2014**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **February 14, 2014**. Defendants must file and serve their reply brief (if any) no later than **February 28, 2014**. Plaintiff is cautioned to re-read the notices about motions to dismiss and motions for summary judgment in the court's order filed September 25, 2013.

IT IS SO ORDERED.

Dated: November 22, 2013

_____
SUSAN ILLSTON
United States District Judge