UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASIM NIA,

        Plaintiff,

   v.

A. HEDGPETH,

        Defendant.
                                   /

No. C 12-4858 SI (pr)

**ORDER DENYING MOTION TO COMPEL AND SETTING NEW DEADLINES**

Defendants have filed an *ex parte* motion to extend the deadlines for plaintiff to file an opposition to defendants' pending motion for summary judgment and for defendants to file a reply brief. In that motion, defense counsel represents that counsel conferred with plaintiff regarding his discovery request, they reached an agreement regarding a document production, and documents were produced that plaintiff needs time to review before filing his opposition to the summary judgment motion. Accordingly, plaintiff's motion to compel is DISMISSED as moot (Docket # 36), and defendants' motion to extend the deadlines is GRANTED (Docket # 40). The court now sets the following new deadlines for defendants' summary judgment motion:

       1.    Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **June 20, 2014**.

       2.    Defendants must file and serve on plaintiff their reply brief, if any, no later than **July 11, 2014**.

   IT IS SO ORDERED.

Dated: May 19, 2014

_____
SUSAN ILLSTON
United States District Judge