UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA, | No. C 12-4858 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| A. HEDGPETH, | |
| Defendant. | |

Plaintiff has filed a request for a brief extension of time to file his opposition to defendants' motion for summary judgment. Upon due consideration, the Request is GRANTED. (Docket # 44.) The court now sets the following new deadlines for defendants' summary judgment motion:

1. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **July 11, 2014**. *No further extensions of this deadline should be expected.*

2. Defendants must file and serve on plaintiff their reply brief, if any, no later than **July 25, 2014**.

IT IS SO ORDERED.

Dated: June 27, 2014

_____
SUSAN ILLSTON
United States District Judge