**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA, | No. C 12-4858 SI (pr) |
| Plaintiff, | **ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |
| v. | |
| A. HEDGPETH, | |
| Defendant. | |

Upon review of the materials in the record, it appears that plaintiff would be well-served by appointment of counsel to assist him in this matter. Good and just cause appearing, plaintiff is referred to the Federal Pro Bono Project in the manner set forth below so that an attorney may be located for him:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, and (b) a memorandum outlining the facts and procedural posture of the action.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action or further order of the court.

IT IS SO ORDERED.

Dated: September 2, 2014

_____
SUSAN ILLSTON
United States District Judge