UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASIM NIA,

    Plaintiff,

v.

A. HEDGPETH,

    Defendant.

No. C 12-4858 SI (pr)

**ORDER APPOINTING COUNSEL FOR PLAINTIFF**

The court earlier referred this action to the Federal Pro Bono Project to attempt to find counsel for plaintiff, and the court has now been informed of volunteer attorneys willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project. The attorneys are Louis Feuchtbaum and David Fermino of Sideman & Bancroft LLP, Twenty-Second Floor, One Embarcadero Center, San Francisco, CA 94111. Accordingly, Louis Feuchtbaum and David Fermino of Sideman & Bancroft LLP are hereby appointed as counsel for plaintiff Aasim Nia in this matter.

The scope of this referral shall be for all purposes for the duration of the case.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: September 12, 2014

                                        SUSAN ILLSTON
                                      United States District Judge