1   KAMALA D. HARRIS
    Attorney General of California
2   MARISA Y. KIRSCHENBAUER
    Supervising Deputy Attorney General
3   GIAM M. NGUYEN
    Deputy Attorney General
4   State Bar No. 229236
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5686
6    Fax:  (415) 703-5843
     E-mail:  Giam.Nguyen@doj.ca.gov
7   *Attorneys for Defendants*

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12

13   **AASIM NIA,**                        C 12-4858 SI (PR)

14                          Plaintiff,

15         v.                             **STIPULATION AND [~~PROPOSED~~]**
                                          **ORDER CONTINUING CASE**
16                                        **MANAGEMENT CONFERENCE**

17   **A. HEDGPETH, et al.,**              Date:         November 12, 2014
                                          Time:         2:30 p.m.
18                        Defendants.     Dept:         Courtroom 10, 19th Floor
                                          Judge:        The Honorable Susan Illston
19                                        Action Filed: September 7, 2012

20

21

22

23

24

25

26

27

28

1    The Court has set a case management conference for November 12, 2014 at 2:30 p.m.  ECF

2  no. 51.  The parties have met and conferred regarding the timing of the case management

3  conference.  Plaintiff's counsel previously proposed a stipulated continuance of the case

4  management conference due to a scheduling conflict with other obligations.  Defendant's counsel

5  agreed to stipulate to a continuance and then scheduled other obligations in other cases.

6  Plaintiff's counsel has recently indicated that their scheduling conflict no longer exists, but

7  Defendant's counsel continues to have scheduling conflicts.  Thus, good cause exists to continue

8  the case management conference.  Under Civil Local Rule 7-12, the parties stipulate to this

9  request to continue the case management conference until December 8, 2014 at 2:30 p.m.

10

11

12  Dated: November 2, 2014          /s/  David Fermino

13                                                   Counsel for Plaintiff

14

15

16

17  Dated: November 2, 2014          /s/ Giam M. Nguyen

18                                                   Counsel for Defendants

19

20              **Attestation Under N.D. Cal. Civil Local Rule 5-1(i)**

21       I, Giam Nguyen, attest and declare as follows:

22       Concurrence in the filing of this document has been obtained from all signatories, and shall

23  serve in lieu of their signatures on the document.

24       I declare under penalty of perjury that the foregoing is true and correct to the best of my

25  knowledge.  Signed on November 2, 2014 in San Francisco, California.

26

27                                   /s/ Giam M. Nguyen
                                         Giam M. Nguyen

28

1

1

<u>ORDER</u>

2       The case management conference scheduled for November 12, 2014 is taken off calendar.

3   A case management conference shall be held on December 8, 2014 at 2:30 pm.

4

5   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7

8

9   Dated: 11/10/14   _____

10                     The Honorable Susan Illston

11                     United States District Court Judge

12

13

14

15

16

17   SF2013205713
     41122257.doc

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing Case Mgmt. Conference (C 12-4858 SI (PR))

# CERTIFICATE OF SERVICE

Case Name:   **Nia v. Hedgpeth**                    No.    **C 12-4858 SI (PR)**

I hereby certify that on <u>November 3, 2014,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 3, 2014,</u> at San Francisco, California.


|  A. Reagin  |  /s/ A. Reagin  |
|:---:|:---:|
| Declarant | Signature |

41123048.doc