IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AASIM NIA,<br><br>           Plaintiff,<br><br>   v.<br><br>A HEDGPETH,<br><br>           Defendant.     / | No. C 12-04858 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 20, 2015  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2015 .

DESIGNATION OF EXPERTS: 5/29/15 ; REBUTTAL: 6/15/14.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 30, 215.

DISPOSITIVE MOTIONS **SHALL** be filed by July 10, 2015;
     Opp. Due 7/24/15 ;  Reply Due July 31, 2015;
      and set for hearing no later than August 14, 2015  at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 15, 2015 at 3:30 PM.

JURY TRIAL DATE: September 21, 2015 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Vadas for settlement purposes.  If the parties have not been able to informally resolve this matter, the settlement conference shall be held during May 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/9/14

SUSAN ILLSTON
United States District Judge