DAVID W. FERMINO (State Bar No. 154131)
E-Mail:        dfermino@sideman.com
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:        lfeuchtbaum@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for AASIM NIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AASIM NIA,<br><br>    Plaintiff,<br><br>    v.<br><br>A. HEDGPETH,<br><br>    Defendant. | Case No. No. C 12-04858 SI<br><br>[~~PROPOSED~~] ORDER<br><br><br>Honorable: Susan Illston<br>Trial Date:   September 21, 2015 |

### [PROPOSED] ORDER

For good cause shown, Plaintiff AASIM NIA'S Motion to Vacate Trial Date is hereby GRANTED. The trial date, as well as all other deadlines in this case are hereby vacated. The Parties are ordered to appear for a status conference on April __8__, 2015 at __4__ a.m/**p.m.**

DATED: March __10__, 2015

*Susan Illston*
_____
UNITED STATES DISTRICT JUDGE