UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AASIM NIA, | No. 3:12-CV-4858 SI (NJV) |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, REQUIRING MEET AND CONFER, AND SETTING STATUS CONFERENCE |
| v. | |
| CAPT. A HEDGPETH, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ASSIM NIA, inmate no. T80306, presently in custody at California Mens Colony, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 2, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, California Mens Colony

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of ASSIM NIA, inmate no. T80306, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 a.m. on May 29, 2015, in order that said prisoner may then and there participate

in the SETTLEMENT CONFERENCE in the matter of Nia v. Hedgpeth, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 2, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 2, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AASIM NIA, | No. 3:12-CV-4858 SI (NJV) |
|     Plaintiff, | |
|   v. | CERTIFICATE OF SERVICE |
| CAPTAIN A. HEDGPETH, et al., | |
|     Defendants. | |

I, the undersigned, hereby certify that on April 2, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
California Mens Colony
P.O. Box 8101
San Luis Obispo, CA  93409-8101

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3