UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AASIM NIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. HEDGPETH, et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-04858 SI (NJV)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

　　　　The court has been informed by the parties that they have reached a settlement in this case. Accordingly, the settlement conference set for May 29, 2015, is HEREBY VACATED.  The writ of habeas corpus ad testificandum issued April 2, 2015, for Plaintiff's presence at that settlement conference is also VACATED.  Plaintiff shall not be transported.

　　　　**IT IS SO ORDERED**.

Dated: May 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge