UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AASIM NIA,

        Plaintiffs,

  v.

A. HEDGPETH, et al.,

        Defendants.

Case No. 12-cv-04858-SI   (SI)

**ORDER OF DISMISSAL UPON SETTLEMENT**

The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within seven months from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: 6/25/15

_____

SUSAN ILLSTON
United States District Judge